UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LONA D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:20-cv-00191-JAW |
| | ) |
| ANDREW M. SAUL, | ) |
| Commissioner of | ) |
| the Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On June 2, 2020, the Plaintiff, Lona D., through counsel, filed a complaint in this Court, seeking judicial review of the Commissioner of the Social Security Administration's (SSA) denial of her claim for social security disability benefits and supplemental security income. *Compl.* (ECF No. 1). On October 26, 2020, the SSA answered the Complaint, *Answer* (ECF No. 10), and filed the administrative record, *Administrative R.* (ECF No. 11). On December 10, 2020, the Plaintiff filed an itemized statement of errors, asserting four errors with the Administrative Law Judge's decision. *Pl.'s Itemized Statement of Errors* (ECF No. 15). On January 8, 2021, the SSA responded in opposition. *Def.'s Opp'n to Pl.'s Itemized Statement of Errors* (ECF No. 19). Oral argument was held on March 9, 2021, *Min. Entry* (ECF No. 22), and on May 4, 2021, the Magistrate Judge issued a Recommended Decision, finding no reversible error and recommending this Court affirm the SSA's decision.

*Report and Recommended Decision* (ECF No. 23).  The Plaintiff did not object to the Recommended Decision.

The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision.  The Court concurs with the recommendations of the Magistrate Judge for the reasons set forth in his Recommended Decision and determines no further proceeding is necessary.

1. The Court <u>AFFIRMS</u> the Report and Recommended Decision of the Magistrate Judge (ECF No. 23).

2. The Court <u>ORDERS</u> that the Commissioner's decision be and hereby is <u>AFFIRMED</u>.

3. The Court <u>DISMISSES</u> without prejudice the Plaintiff's Complaint (ECF No. 1).

SO ORDERED.

<u>/s/ John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 20th day of July, 2021